IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| XAVAR TYLER, | ) |
| Plaintiff, | ) |
| v. | ) 1:22CV790 |
| UNKNOWN, | ) |
| Defendant(s). | ) |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina and frequent pro se filer, submitted a Letter stating that he has a pending court date and that he is to be placed on the docket for an appointment of counsel in pending civil litigation. Plaintiff has no pending litigation requiring a hearing and no scheduled court date in this Court. He also cannot place himself on this Court's docket. Nevertheless, out of an abundance of caution and because Plaintiff has filed such cases in the past, the Court treated his filing as a civil rights action pursuant to 42 U.S.C. § 1983. Still, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

3.       Plaintiff does not set out or describe any claims for relief. It is not even clear what type of action he seeks to pursue.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects of the present Complaint. Plaintiff should contact the Clerk's Office in order to request the proper forms for whatever type of action he seeks to file.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above.

This, the 31st day of October, 2022.

      /s/ Joi Elizabeth Peake
United States Magistrate Judge